31 F.3d 1170
 Amland Properties Corp., a New York Corporation
v.
Aluminum Company of America, a Corporation of State of
Pennsylvania v. Tri-Terminal Corp., Maidman (Edith), Estate
of Maidman (Irving), Steinberg (Donald), Estate of Maidman
(Irving), 700 River Road Realty, Inc. Edgewater Associates,
Does 1 through 10, Citibank, N.A., Monsanto Company
 NO. 93-5725
 United States Court of Appeals,
Third Circuit.
 July 18, 1994
 
 Appeal From: D.N.J.,
 Barry, J.
 
 
 1
 AFFIRMED.